283 F.2d 392
 Martin J. MURPHY, Plaintiff, Appellant,
v.
A/S SOBRAL et al., Defendants, Appellees.
 No. 5688.
 United States Court of Appeals First Circuit.
 October 28, 1960.
 
 Appeal from the United States District Court for the District of Massachusetts; Francis J. W. Ford, Judge.
 Nathan Greenberg, Boston, Mass., for appellant.
 Leo F. Glynn, Boston, Mass., for A/S Sobral, Inc., appellee.
 Before WOODBURY, Chief Judge, and HARTIGAN and ALDRICH, Circuit Judges.
 PER CURIAM.
 
 
 1
 The judgment of the District Court is affirmed on the opinion of Judge Ford. 182 F.Supp. 636.